■ HARRY KELLY, on Behalf of Himself and All Other Peddlers and Solicitors Licensed by Town of Orchard Park Similarly Situated, Respondent, v BUFFALO BILLS FOOTBALL CLUB, INC., et al., Appellants, et al., Defendant. [673 NYS2d 347] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Glownia, J. (Appeals from Judgment of Supreme Court, Erie County, Glownia, J.—Declaratory Judgment.) Present—Lawton, J. P., Hayes, Pigott, Jr., Boehm and Fallon, JJ. [See, 171 Misc 2d 693.]